UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 21 CR 19-1 |
| v. | |
| DAVID FOLEY, et al. | Judge Steven C. Seeger |

**GOVERNMENT'S STATUS REPORT REGARDING DISCOVERY**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby submits this status report:

1.     On or about April 1, 2021, the government produced to the defense, pursuant to both Federal Rule of Criminal Procedure and 18 U.S.C. § 3500, approximately 1,113,894 documents, which was approximately 1 terabyte of data. Due to the volume of those materials, the government produced those materials on a hard drive.    The government made subsequent, much smaller supplemental productions on April 15, 2021, August 30, 2021, and March 24, 2022.

2.     On or about February 21, 2023, while confirming certain requested materials already had been produced, the government realized that there were other materials the government had intended to produce with the Rule 16 materials at the beginning of the case—and believed had been produced at that time—but that in fact had not been produced.  Those materials were comprised of 11 disks.  Those disks already had been labeled and readied for production early in the litigation.  Because those disks already had been readied for production about two years earlier, the

1

government quickly produced those disks to the defense by hand-delivery on February 21, 2023, the same day it discovered its error.[1]

3.    The government previously reported to the Court that of the disks the government produced on February 21, 2023, there were two disks that the government was unable to open to access to their contents—those disks were labeled Media_004 and Media_006. The government reports the following information with respect to those two disks.

4.    The government has been able to open Media_004 and has provided an unencrypted disk to the defense.

5.    With regard to Media_006, the government has not been able to open it. The disk appears to have been double-encrypted by personnel in the U.S. Attorney's Office several years ago. One of the passwords was for CheckPoint security, and the government cannot recover that password. The government has contacted the SEC, which appears to have provided the contents of that disk, and provided a copy of the disk to the SEC; but the SEC was not able to open it either. The government also sought the assistance of a third-party to hack into the CheckPoint security for that disk, but that third-party was unable to succeed. As a result, the government cannot open Media_006.

---

[1] The government also produced on February 21, 2023, a twelfth disk containing a small amount of materials, most of which previously had been produced.

6.     Nonetheless, the government believes that the contents of Media_006 already were produced to the defense as Media_009. It appears that in May and June of 2017, the government realized that it was unable to open an unspecified disk that it had received from the SEC and that it believed contained YouTube videos. On June 8, 2017, the government contacted the SEC to see if they had the password, or if, in the alternative, the SEC could send a new version of the You Tube videos. Four days later, on June 12, 2017, the SEC sent to the government via Accellion three videos regarding NTEK, which is an entity that the government believes Foley controlled and that was part of the parallel investigations conducted by the government and by the SEC. On or about June 12, 2017, the government downloaded those three videos onto what it marked as Media_009, which was one of the disks the government provided to the defense on February 21, 2023.

7.     In addition to the close timing in June 2017 of the government notifying the SEC that a disk with CheckPoint encryption could not be opened and the government's receipt from the SEC of the three videos four days later, the government compared the size of Media_006 and Media_009 to test its theory that Media_009 was essentially a second download of Media_006. Media_006 is 201 MB, and Media_009 is 199 MB, also suggesting that they each contain the same materials.

8.     From the beginning of this case, the government has sought to provide the defense with early and full discovery, and it has worked closely with the defense to ensure it is able to work with voluminous materials it has been provided.

3

Notwithstanding its inadvertent error in failing to produce these disks earlier, the government believes the defense has a complete set of discovery for its review and for its preparation for trial.

> Respectfully submitted,
>
> MORRIS PASQUAL.
> Acting United States Attorney

By:   /s/ *Matthew M. Getter*
MATTHEW M. GETTER
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-7651

Dated: April 28, 2023