**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

DAVID FOLEY

Case No. 21-cr-00019

Judge Steven C. Seeger

## NON-PARTY INVESTORSHUB.COM, INC.'S
## MOTION TO QUASH DEFENDANT'S SUBPOENA

Non-party InvestorsHub.com, Inc. ("iHub"), by its attorneys, hereby moves this honorable Court to quash Defendant David Foley's Subpoena to Produce Documents, Information, or Objects in a Criminal Case ("Subpoena") pursuant to Federal Rule of Criminal Procedure 17(c). In support of this motion, iHub states as follows:

1.      Defendant David Foley ("Foley") is charged with eight counts of fraud by wire, radio, or television; one count of manipulative and deceptive devices; and one count of fraudulent interstate transactions.

2.      In the Subpoena, Foley requests identifying information for **any** iHub user with information about Foley, his ongoing SEC case, or the allegations in the instant case. Foley also seeks identifying information for six specific users, and identifying information for the poster of one specific document.

3.      Foley cannot meet his burden of establishing that the information he seeks in the Subpoena is relevant, admissible, and requested with specificity.

4.      Additionally, the Subpoena is unreasonable in its demand for a response within ten days of service.

5.      Finally, Foley's demand for information to identify anonymous users runs afoul of those users' First Amendment right to speak anonymously, and Foley cannot demonstrate any compelling interest in learning their identities or a nexus with his defense in this matter.

6.      Sharon Albrecht, counsel for iHub, corresponded with Nishay K. Sanan, counsel for Foley, by email on November 9, 2023, regarding this matter. Counsel were not able to reach a resolution.

7.      iHub is filing a memorandum in further support of this motion.

WHEREFORE, iHub requests that the Court quash Defendant Foley's Subpoena pursuant to Federal Rule of Criminal Procedure 17(c) and grant such further relief as is just.

Dated: November 9, 2023

Respectfully submitted,

INVESTORSHUB.COM, INC.

By: /s/ Natalie A. Harris
          One of its attorneys

Natalie A. Harris (ARDC #6272361)
Sharon Albrecht (ARDC #6288927)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 741-1030
nharris@bhhlawfirm.com
salbrecht@bhhlawfirm.com
*Attorneys for non-party InvestorsHub.com, Inc.*