UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID FOLEY | No. 21 CR 19-1<br><br>Judge Steven C. Seeger |

**GOVERNMENT'S WITNESS LIST**

The UNITED STATES OF AMERICA respectfully submits the following list of witnesses whom it will or may call to testify at trial:

Sunil Ayyagari

Bennie Blankenship

Sara Connor, E-Trade (or current Records Custodian)[1]

Linda Coribello, JPMorgan Chase (or current Records Custodian)

Karen Davis

Kathleen Davis, Federal Reserve Bank of Atlanta (or current Records Custodian)

William Derevere, Bureau of Prisons (or current Records Custodian)

Aristotle Duran

---

[1] Many documents were provided to government investigators several years ago. Since the time the third parties produced those documents, records custodians of those third parties may have left the third party's employ or otherwise may not be available. As a result, some third parties may have to arrange for different records custodians to testify to the authenticity of the documents previously produced, if the parties to this case cannot otherwise stipulate.

1

Jeff Foley

Lisa Foley

Phil Foley

Arthur Galuppo, Ritter & Company

Fred Greil

Mark Hesterman, Alpine Securities

Yonah Kopstick, Worldwide Stok Transfer (or current Records Custodian)

Robert Laskowski

R. Jeffrey Levi, Woodforest National Bank (or current Records Custodian)

David Maidenbaum

Jeff Manger (Jersey Stock Transfer) (or current Records Custodian)

Peter Melley, FINRA

Erica Myrtil, E-Trade (or current Records Custodian)

Heather Noble, Alpine Securities (or current Records Custodian)

Deborah Oremland, FINRA

Nilsa Rivera, SEC

Bruce Schoengood

Evonne Sepeda, Wells Fargo (or current Records Custodian)

Greg Share

Mark Stakem, FBI

Matthew Vrabel

Kevin Whitmore

                    Respectfully submitted,

                    MORRIS PASQUAL
                    Acting United States Attorney

By:   /s/ *Matthew M. Getter*
        MATTHEW M. GETTER
        ELIE ZENNER
        Assistants U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 886-7651
        (312) 697-4032

Dated: March 4, 2024