UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 21 CR 19 |
|---|---|
| v. | |
| DAVID FOLEY | Judge Steven C. Seeger |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION *IN LIMINE* REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE/DUTY OF CONFIDENTIALITY

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby files this motion for leave to file a supplemental motion *in limine* regarding waiver of the attorney-client privilege/duty of confidentiality for attorneys defendant has disclosed as potential defense witnesses, and, in support thereof, states as follows:

1. On March 4, 2024, pursuant to this Court's order, the parties filed, among other things, motions in limine.

2. In one of its motions in limine, the government raised the issue of attorney-client privilege regarding attorney Robert Laskowski (referred to in the motion as Attorney A). (Dkt. No. 122) In its motion in limine, the government also proactively raised the possibility that defendant might raise an advice of counsel defense as to Mr. Laskowski, and that such a defense would serve as a waiver of attorney-client privilege.

3. On April 3, 2024, defendant gave formal notice to the government that it intends to raise an advice of counsel defense. Specifically, he intends to raise that defense with respect to advice provided by Mr. Laskowski and possibly another attorney named Daniel Carr. The government seeks an order finding that the attorney-client privilege that David Foley, NTGL, and/or HVEL had with Robert Laskowski and Daniel Carr are waived with respect to subjects

related to the issuance of HVEL and NTGL shares, any efforts to sell those shares, and any efforts to influence the price of those shares.

4. Because this motion could not be raised until the government received formal notice of defendant's intention to raise an advice of counsel defense, the government could not make this motion in limine until now.

5. Therefore, the government now seeks leave to file a supplemental motion in limine seeking an order regarding the waiver of attorney-client privilege due to an advice of counsel defense.

WHEREFORE, the government respectfully seeks leave to file its supplemental motion in limine regarding waiver of attorney-client privilege and duty of confidentiality.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ Matthew M. Getter
MATHEW M. GETTER
ELIE ZENNER
Assistant U.S. Attorney
219 S. Dearborn St, Rm. 500
Chicago, Illinois 60604
(312) 353-0708
(312) 697-4032

Dated: April 3, 2024